NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**S. EDWARD NEISTER,**
*Appellant*

**v.**

**EDEN PARK ILLUMINATION, INC., LARSON ELECTRONICS LLC, FAR UV TECHNOLOGIES, INC.,**
*Appellees*

_____

2024-1317

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00682.

_____

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                    NEISTER V. EDEN PARK ILLUMINATION, INC.


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


May 7, 2024
   Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** May 7, 2024